```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 12235
    NELSY MARTINEZ
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-2737


---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 05/14/2008 and was confirmed 07/14/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/09/2009.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID          PAID
---------------------------------------------------------------------------
CODILIS & ASSOCIATES       MORTGAGE NOTI  NOT FILED            .00            .00
JOSEPH L FIEGER LTD        MORTGAGE NOTI  NOT FILED            .00            .00
PENLAND & HARTWELL         MORTGAGE NOTI  NOT FILED            .00            .00
PROPERTY SOLUTIONS CHICA   SECURED           4450.75           .00         649.11
UNIVERSAL MORTGAGE CORP    CURRENT MORTG        .00            .00            .00
UNIVERSAL MORTGAGE CORP    MORTGAGE ARRE        .00            .00            .00
UNIVERSAL MORTGAGE CORP    CURRENT MORTG        .00            .00            .00
UNIVERSAL MORTGAGE CORP    MORTGAGE ARRE     9018.80           .00            .00
WEST LOGAN CONDOMINIUM A   SECURED           1620.00           .00         236.25
INTERNAL REVENUE SERVICE   FILED LATE       11989.43           .00            .00
SCHOTTLER & ASSOCIATES     PRIORITY       NOT FILED            .00            .00
CITY OF CHICAGO DEPT OF    UNSEC W/INTER     6717.50           .00            .00
AT&T UNIVERSAL CARD        UNSEC W/INTER  NOT FILED            .00            .00
CAPITAL ONE                UNSEC W/INTER     1019.82           .00            .00
LVNV FUNDING LLC           UNSEC W/INTER     8019.90           .00            .00
CITY OF CHICAGO PARKING    NOTICE ONLY    NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSEC W/INTER     1601.40           .00            .00
MONSTER.COM                NOTICE ONLY    NOT FILED            .00            .00
LVNV FUNDING LLC           UNSEC W/INTER     8299.91           .00            .00
LVNV FUNDING LLC           UNSEC W/INTER    10823.61           .00            .00
LVNV FUNDING              UNSEC W/INTER  NOT FILED            .00            .00
MB REAL ESTATE             NOTICE ONLY    NOT FILED            .00            .00
MONSTER.COM                NOTICE ONLY    NOT FILED            .00            .00
RDK COLLECTION SERICE      UNSEC W/INTER  NOT FILED            .00            .00
ANNETTE JIMENEZ            NOTICE ONLY    NOT FILED            .00            .00
UNIVERSAL MORTGAGE CORP    MORTGAGE NOTI  NOT FILED            .00            .00
UNIVERSAL MORTGAGE CORP    MORTGAGE NOTI  NOT FILED            .00            .00
SUNRISE CREDIT SERVICE     UNSEC W/INTER      599.44           .00            .00
INTERNAL REVENUE SERVICE   FILED LATE         718.25           .00            .00
SCHOTTLER & ASSOCIATES     DEBTOR ATTY       2,535.10                     1,608.24
TOM VAUGHN                 TRUSTEE                                          206.40
DEBTOR REFUND              REFUND                                             .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 12235 NELSY MARTINEZ
```

Summary of Receipts and Disbursements:

```
-------------------------------------------------------------------------
                    RECEIPTS               DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE             2,700.00

PRIORITY                                            .00
SECURED                                          885.36
UNSECURED                                           .00
ADMINISTRATIVE                                 1,608.24
TRUSTEE COMPENSATION                             206.40
DEBTOR REFUND                                       .00
                  ---------------         ---------------
TOTALS              2,700.00                   2,700.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE